Gregory Ackers (Pro-Se)

503 W Olympic Bl.

Santa Monica, Ca 90401

greganchors@yahoo.com

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 14 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

1:17-CV-3083

| | |
|---|---|
| GREGORY ACKERS | CASE#_____ |
| Principal Plaintiff | FRAUD |
| V. | RACKETEERING |
| DONNA BRAZILE | NEGLIGENCE |
| CABLE NEWS NETWORK | BREACH OF FIDUCIARY |
| HILLARY RODHAM CLINTON | UNJUST ENRICHMENT |
| DEMOCRATIC SERVICES CORPORATION | BREACH OF CONTRACT |
| d/b/a | JURY TRIAL DEMAND |
| DEMOCRATIC NATIONAL COMMITTEE | |
| JENNIFER PALMIERI | |
| JOHN PODESTA | |
| DEBORAH WASSERMAN SCHULTZ | |
| TIME WARNER INCORPORATED | |
| TURNER BROADCASTING SYSTEM INCORPORATED | |
| TURNER SERVICE5 INCORPORATED | |
| Defendant(s) | |

   On the dates of March 5 & March 12th, 2016, DONNA BRAZILE, in acting as "on-air political analyst" for CABLE NEWS NETWORK, did pass debate questions for upcoming Presidential debates in advance of televised events. This act was perpetrated utilizing electronic mail & telecommunications, to 2016 Presidential candidate HILLARY RODHAM CLINTON. Mrs. Clinton was the entitled recipient of this

1.

activity,which was perpetrated by wire, to her Director of Communications JENNIFER PALMIERI. Clinton was scheduled to debate Senator Bernie Sanders for the Democratic pty nomination as 2016 Presidential candidate. Included within this scheme were the DEMOCRATIC NATIONAL COMMITTEE, Clinton Campaign Director JOHN PODESTA & DNC Chairperson DEBORAH WASSERMAN SCHULTZ.

## JURISDICTION/VENUE

The following is a civil complaint to be filed within this District as a diversity case,in conjunction with the variety of separate Districts inhabited by the Pltf & Dfts in re; 28 USC 1332 & 1391. In re; 28 USC 1332,this lawsuit involves Pltfs & Dfts who are citizens of various states. In re; 28 USC 1391, this District is the proper VENUE because the case is both local & transitory. The District retains specific SUBJECT MATTER JURISDICTION due to the fact that the civil & criminal violations committed by Dfts were "brainstormed" & commissioned in Atlanta,Ga.

## THE PARTIES

GREGORY ACKERS is the Principal Plaintiff in this civil lawsuit. Mr. Ackers is an American citizen who's voted in 6 Presidential elections. He resides in Los Angeles,Ca.

Dft. CABLE NEWS NETWORK is a Georgia Foreign Profit Corporation H.Q.'d @ 1 CNN Center,Atlanta,Georgia 30303

Dft. DONNA BRAZILE was employed by Dft CABLE NEWS NETWORK @ the time of the civilly liable activitys. She acted as the proponent of all stated violations. Her business address is 1001 G St. NW #500E Wash D.C. 20001

Dft. HILLARY RODHAM CLINTON was the 2016 Democratic Presidential candidate. She resides @ 15 Old House Lane Chappaqua N.Y. 10514

Dft. DEMOCRATIC NATIONAL COMMITTEE is HQ'd @ 430 S. Capitol St. SE Wash D.C. 20003

Dft. JENNIFER PALMIERI acted as Dft Clintons Director of Communications. She resides @ 1818 Abingdon Alexandria,Va 22314

Dft. JOHN PODESTA was Campaign Manager for the Hillary Clinton Presidential campaign. His address is 1001 G St. NW Suite 1000W Wash D.C. 20001

Dft. DEBBIE WASSERMAN SCHULTZ was the Chairperson of Dft DNC. Her office is @ 1114 Longworth H.O.B. Wash D.C. 20515

DFT TIME WARNER INC. is a multi-media conglomerate H.Q.'d in New York & incorporated to do business in Georgia. TIME WARNER acts as the parent company of DFTs TURNER BROADCASTING SYSTEM,TURNER SERVICES INC. & CABLE NEWS NETWORK.

DFT TURNER BROADCASTING SYSTEM INCORPORATED is a wholly owned subsidiary of TIME WARNER inc. & is duly incorporated & H.Q.'d in Atlanta,Ga. Dft CNN is among its portfolio.

DFT TURNER SERVICES INCORPORATED is a duly owned corporation doing business in Georgia .

## THE CASE

On the 5th & 12th days of March,2016, afore-named Committee & the corresponding persons therein,did covertly & FRAUDULENTLY  trade & transmit debate questions for a Democratic Party debate scheduled  to be staged & broadcast on the CABLE NEWS NETWORK  on March 13th,2016.The debate questions were transferred from Dft Donna Brazile's e-mail account to that of the Clinton campaigns' Director of Communications,Dft JENNIFER PALMIERI. Aforementioned Presidential debate was scheduled to be broadcast by Dft CNN upon the  day of March 13. Dft Brazile perpetrated aforesaid activity covertly & in violation of contractual rules governing Democratic pty Presidential debates. This activity was commissioned in alliance with all other Dfts to be named in this civil lawsuit. These actions were in violation of the CONTRACTUAL rights of the debators' opponent,as well as the CONTRACTUAL rights of the registered primary voters. Dfts did violate the CHARTER & BYLAWS OF THE DEMOCRATIC PARTY in re; Article 5,Section 4,which states "in the conduct & management of affairs of the DNC,the Chairperson (Dft Debbie Wasserman Schultz) shall exercise an impartiality & even-handedness as between Presidential candidates & campaigns". In fact,Dft DNC & its "Chairperson",Dft Schultz, NEVER exercised impartiality or even-handedness in this case. Dft(s) were clearly & obviously biased in favor of candidate-Dft Clinton. Aforementioned deception was promulgated alongside Dfts Brazile & CNN,which,in essence,has acted as the De-Facto publicity arm of Dft Clintons Presidential campaign. Pltf wishes to call the Districts attention to a DNC "memo" dated May 26,2015. In the memo,stipulation was made to "work through the DNC to utilize reporters". Pltf represents to the District that all causes of action within this civil lawsuit were perpetrated  by Dfts INTENTIONALLY,WILLFULLY,WANTONLY & MALICIOUSLY. In addition,Dfts did engage through utilization of thoroughly incompetent & misguided NEGLIGENCE. In the most obvious sense of the term "collusion",all Dfts maintained a special & ominous relationship with each other. DFT John Podesta collaborated in the activities as Clinton campaign mgr,while having associated  with the Dfts in plotting to defraud the debate. In an Oct ,2016 issue of TIME magazine,Dft Brazile chronicled her above-mentioned  liablility. The Time Magazine article written by Dft Brazile is,indeed, CONTRACTUAL & cements  her liability for afore-named  delinquency. Dft Schultz was relieved (fired) from her position as Chairperson of Dft DNC in July of 2016 exactly for the actions represented in this complaint. Dfts BREACHED the duties they owed  the voters registered by Dft DNC. Within the reasonably due care & caution not-withstanding Americas hard won voting rights & the ongoing battle against Election Fraud,Pltfs intend to work with  the  District  on the sanction of justice as a template,in this case. Pltfs mean to bring to task these afore-named enemies of Americas most precious natural resource: Democracy.

3.

## CAUSES OF ACTION

### COUNT 1

### WIRE FRAUD

In re; 18 USC 1343,Dfts utilized electronic mail & telephones in order to defraud cable television subscribers to a nationally televised Presidential Debate. Although WIRE FRAUD has no actual private cause of action,Pltf means to use this statute INJUNCTIVELY & DECLARATIVELY in order to demand REVOCATION of Dft CNN's satellite license. In the commissioning of WIRE FRAUD,Dft CNN cannot rightfully be accepted as a "legitimate" tele-communications,or news network. Pltf also moves to INJUNCTIVELY enstate a forensic audit of every Dfts financial records. The WIRE FRAUD statute exists in relation to the 2nd count of RACKETEERING,in that Dfts utilized WIRE FRAUD in relation to afore-named ACCESS DEVICES. Pltf represents to District that Dft(s) violated Sept 7 1999 amendment to sections 201(b) & 203 of TELECOMMUNICATIONS ACT OF 1934 by "not acting in best interests of the public". Clearly,Dfts DEFRAUDED CNN viewers & voters with a "rigged" Presidential pty debate.

### COUNT 2

### RACKETEERING

In re; 18 USC 1863,Dfts did utilize an ENTERPRISE to engage in certain criminal & civilly liable activitys;these being WIRE FRAUD (see Count 1) & INTERSTATE TRANSPORTATION OF STOLEN PROPERTY. By televising a "fixed" debate,Dfts sanctioned the tampering of a televised debate with "debate questions" that were misappropriated by Dfts Brazile,Palmieri,Clinton,Podesta & Schultz in order to cheat a nationally televised Presidential Debate. A FRAUDULENT Presidential debate garnered by telephone & e-mail,then transmitted by ACCESS DEVICE(s) amounts to "transportation of stolen property" (SEE Count 1 WIRE FRAUD). In this case,the "enterprise" was Dft DNC & its officers, in collusion with a political campaign & a cable news network in this most egregious sort of civil malfeasance.

### COUNT 3

### NEGLIGENCE

In re; 19 USC 1592,Dfts did allow a Presidential debate to become "highjacked" by a collusive Racketeer Influenced Corrupt Organisation. There was,indeed, collusion between Dfts Brazile,Clinton,Podesta,Wasserman-Schultz & Palmieri to signal a direct & vindictive advantage to a Presidential candidate over her opponent,without the knowledge of registered voters or electoral officials. The Cable News Network (Dft CNN) claims to be ignorant of aforementioned fraud,unjust enrichment & breaching of contracts & duty. We see a distinct & NEGLIGENT inactivity in light of the incipient deception & corruption perpetrated by the above-named political professionals.

## COUNT 4

### BREACH OF CONTRACT

In re; 41 USC 6503, Dft(s) enacted an egregious BREACH of required contract terms. See pg.1 CHARTER & BYLAWS OF DEMOCRATIC PTY Article 5 Section 4: "Chairperson of pty should exercise impartiality". "Impartiality" was certainly NOT exercised in any capacity by Dfts. Dfts exercised bias & irreparable sabotage to the coda of their political pty & the registered electorate in USA by deceitfully trading,by wire, in highjacked collaborative television debate questions. This occured in violation of Democratic pty rules & the reasonable expectation of the implied duty of fair dealing.

## COUNT 5

### UNJUST ENRICHMENT

In re; 18 USC 1345,Dfts attempted to sway voters & television audience members by incurring the misappropriation of a Presidential campaigners debate. By engaging thusly,Dfts would seek to curry favor in Dft-candidate Clintons direction. The appropriated questions dealt with a recent water pollution scandal in Michigan. Dft Clinton was passed the question,in advance, by wire & then answered with a carefully prepared statement. The results were meant to be Democratic pty election & then,a subsequent National election victory.

## COUNT 6

### BREACH OF FIDUCIARY DUTY

In re; 29 USC 1109; in acting as a FIDUCIARY, Dfts did BREACH obligations & responsibilities imposed upon FIDUCIARIES in reference to U.S. law. In accordance with the law,a FIDUCIARY acts as trustee to a beneficiary. In this case,the beneficiary was the American voter & the viewing audience of a cable news networks stated Presidential debate. The debate at question was expected by beneficiarys to be unsullied & non-partisan. By fooling the beneficiarys in such an arrogantly corrupt fashion,Dfts never behaved with obligation or responsibility. Dfts meant to maintain their own beneficial status through a fraudulent Presidential debate.

### PRAYER FOR DAMAGES

Wherefore,Pltf prays for judgement in his favor as follows; to sue for,collect,receive & take into possession all assets of aforementioned individuals & entities. These being MONETARY, COMPENSATORY, EXCULPATORY, EXCLAMATORY,EXEMPLARY & PUNITIVE DAMAGES,as well as

INJUNCTIVE & DECLARATIVE remedies to be decided by the District upon the day of Judgement. Pltf prays for damages to be awarded jointly,severally &,or,individually by all Dfts. These to be awarded with interest, with administrative costs & all legal fees included. Pursuant to Rule 38(b) of FRCP,Pltf demands TRIAL BY JURY for all issues pleaded herein so triable.

Signed _____

Gregory Ackers

August 10,2017