UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY ACKERS,<br><br>                Plaintiff,<br><br>vs.<br><br>DONNA BRAZILE, et al.,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-3083-SCJ |

### J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District for review, and the Court having dismissed this action due to lack of subject matter jurisdiction, it is

**Ordered and Adjudged** that this action be, and the same hereby is **DISMISSED WITHOUT PREJUDICE.**

Dated at Atlanta, Georgia this 25th day of September, 2017.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                              By: s/Rebecca Spratt
                                      Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
    September 25, 2017
James N. Hatten
Clerk of Court

By : s/Rebecca Spratt
      Deputy Clerk