Gregory Ackers (Pro-Se)

503 W Olympic Bl.

Santa Monica, Ca

90401

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV - 9 2017

JAMES N. HATTEN, Clerk
By: Brannon
Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

CASE # 1:17-CV-3083-SCJ

Gregory Ackers

    Plaintiff

V.

Donna Brazile (et-al)

    Defendant(s)

PLAINTIFFS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

In re; the non-prejudiced DISMISSAL of Pltfs civil lawsuit, Pltf motions to the Dist. for leave to File Amended Complaint in re FRCP 15(c)1(B), as well as 15(c)1(C). Pro Se Pltf has been instructed by Dist. to establish CITIZENSHIP of Dfts, as well as STANDING of Pltf in re; SUBJECT MATTER JURISDICTTION. Pltf will comply with the Dist. by researching citizenship of Dfts, as well as re-filing Amended Complaint as a Class-Action lawsuit.

Respectfully submitted on this day Nov 3, 2017

Gregory Ackers  _____

signed